IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*,<br><br>    Defendants. | Civ. No. 2:13-cv-00234-MLCF-SS<br>SECTION: F(1)<br>JUDGE: MARTIN L.C. FELDMAN<br>MAG. JUDGE: SALLY SHUSHAN<br><br><br>**MOTION TO INTERVENE AS DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 24 and Local Civil Rule 7.6, the Center for Biological Diversity ("Center") and Gulf Restoration Network ("GRN") (collectively, "Applicant-Intervenors") hereby move this Court to intervene as of right as Defendants in this case, or, in the alternative, for permissive intervention. The motion to intervene is opposed by Plaintiff Markle Interests, LLC, and the Federal Defendants take no position on the motion.

This motion is based on the Memorandum in Support of Motion to Intervene and its supporting declarations, and all the pleadings. Attached to this motion are the following documents:

Exhibit A: Memorandum in Support of Motion to Intervene;

Exhibit B: Memorandum Exhibits (Adkins Giese Dec.; Greenwald Dec; Sarthou Dec.; Roberts Dec.);

Exhibit C: [Proposed] Order Granting Intervention;

Exhibit D: Notice of Submission;

Exhibit E: [Proposed] Answer to Complaint for Declaratory and Injunctive Relief; and

Exhibit F: Corporate Disclosure Statement.

Dated: April 25, 2013

/s/ Elizabeth Livingston de Calderón
───────────────────────────────
Elizabeth Livingston de Calderón
(LA Bar No. 31443)
TULANE ENVIRONMENTAL LAW CLINIC
6329 Freret Street
New Orleans, LA 70118
Telephone: 504-862-8819
Email: ecaldero@tulane.edu

Collette L. Adkins Giese
(*Pro Hac Vice* Applicant, Lead Attorney)
(MN Bar No. 035059x)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 339
Circle Pines, MN 55014-0339
Telephone: 651-955-3821
Email: cadkinsgiese@biologicaldiversity.org

John Buse (*Pro Hac Vice* Applicant)
(CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA  94104
Telephone: 323-533-4416
Email: jbuse@biologicaldiversity.org

*Attorneys for Intervenor-Defendant Applicants Center for Biological Diversity and Gulf Restoration Network*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing Motion to Intervene as Defendants and the attached supporting documents with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated: April 25, 2013

/s/ Elizabeth Livingston de Calderón
───────────────────────────────
Elizabeth Livingston de Calderón

2