UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARKLE INTERESTS, LLC, | * | CIVIL ACTION |
| Plaintiff, | * | CASE NO. 13-234 |
| v. | * | c/w 13-362 & 13-413 |
| UNITED STATES FISH AND WILDLIFE SERVICE, ET AL | * | |
| | | SECTION: F |
| Defendants. | * | |
| | | JUDGE: MARTIN C. FELDMAN |
| | * | |
| | | MAG. DIV. SALLY SHUSHAN |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

**WEYERHAEUSER'S STATEMENT OF UNCONTESTED MATERIAL FACTS**

Pursuant to LR 56.1, Plaintiff Weyerhaeuser Company submits the following concise statement of uncontested material facts in support of its motion for summary judgment.

**I.      Identity and Interest of Plaintiff**

1.      Plaintiff Weyerhaeuser Company ("Weyerhaeuser") is a corporation organized under the laws of the State of Washington with its principal place of business in Federal Way, King County, Washington.

2.      Weyerhaeuser owns over 6 million acres of forestland throughout the U.S. South and in the Pacific Northwest. Administrative Record ("AR") 1825.

1

3.  Defendant U.S. Fish and Wildlife Service ("FWS") has designated 1,544 acres of "critical habitat" for the dusky gopher frog within a designated area in St. Tammany Parish known as "Critical Habitat Unit # 1" ("Unit 1").  77 Fed. Reg. 35118 *et seq*.

4.  Weyerhaeuser owns 152 acres of timberland in Unit 1.  AR 1825.

5.  Weyerhaeuser holds a long-term leasehold interest in the balance of the land within Unit 1, which leasehold runs through June 30, 2043. *Id*. This land is part of the designated area known as Critical Habitat Unit #1 ("Unit 1"). AR 1825.

6.  This designation of Unit 1 imposes significant regulatory burdens on the property owned and leased by Weyerhaeuser, because costly federal approval may be required for any activity by Weyerhaeuser as owner or leaseholder that may be deemed to affect the dusky gopher frog, including adverse modification of the designated critical habitat. The designation of Unit 1 as critical habitat results in a significant reduction in the value, potential use and marketability of the property within Critical Unit 1. Defendants estimate that the financial impact on landowners in Unit 1 could be as high as $33.9 million.  77 Fed. Reg. 35126.

**II.   Listing and Critical Habitat Designation for the Dusky Gopher Frog**

7.  On December 4, 2001, the U.S. Fish and Wildlife Service ("FWS") listed the dusky gopher frog (known then as the Mississippi gopher frog) as an endangered species. *See* 66 Fed. Reg. 62993, *et seq*.

8.  Historically, the dusky gopher frog was endemic to the southern longleaf pine ecosystem, spending most of its life underground in forested habitat consisting of fire-maintained, open-canopied, pine woodlands dominated by longleaf pine.  77 Fed. Reg. 35129.

9.     To breed, frogs would travel seasonally from the forest to ephemeral ponds, returning to their forested environment, and followed by offspring that survived to metamorphose into frogs. 77 Fed. Reg. 35121, 129.

10.    FWS has determined that there are three primary constituent elements ("PCEs") for the suitable habitat of dusky gopher frogs:

> i) small, isolated, acidic ephemeral ponds (i.e., they must dry out seasonally to avoid the presence of frog predators, like fish) with open tree canopies and certain herbaceous vegetation necessary for frog reproduction, which attributes can be maintained only through the use of prescribed fire (66 Fed. Reg. 62999; 76 Fed Reg. 59775; 77 Fed. Reg. 35123, 35131);

> ii) upland non-breeding habitat comprised of forests "maintained by fires frequent enough to support an open canopy and abundant herbaceous ground cover and gopher tortoise burrows, small mammal burrows, stumpholes, or other underground habitat" (76 Fed. Reg. 59779); and

> iii) upland "connecting habitat" comprised of open-canopied forests with "abundant herbaceous species and subsurface structure providing shelter for frogs during seasonal movements (to and from breeding ponds), such as "deep litter cover, clumps of grass, or burrows (76 Fed. Reg. 59780).

11.    By final rule dated June 12, 2012, Defendants, acting through the FWS, designated critical habitat for the endangered dusky gopher frog as required by Section 4 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1533(a)(3)(A). 77 Fed. Reg. 35118, *et seq.*

12. The critical habitat designation includes 15 separate parcels or units in two states. Fourteen units are in Mississippi. Only one (Unit 1) is in Louisiana. 77 Fed. Reg. 35134-135.

13. The critical habitat designation totals 6,477 acres. At 1,544 acres, Unit 1 is by far the largest. 77 Fed. Reg. 35118, 35134-135.

14. Unit 1 is comprised solely of privately-owned land. *Id.* at 35134-135.

15. The open-grown natural longleaf forests were gone from Unit 1 decades ago, before the ESA was enacted and before the lease with Weyerhaeuser's predecessor was executed. AR 1829.

16. Today, approximately 90% of Unit 1 is devoted to loblolly pine plantations ranging from recently replanted to over 31 years old. Overall, the pine plantations average about 290 trees per acre (or, roughly one every 12.2 feet). Almost half of the plantations are less than 5 years old and contain over 400 trees per acre. Thus, Unit 1 is dominated by a combination of closed canopy loblolly forest, and younger plantations that will very quickly grow into a closed canopy condition. AR 1829, 2383.

17. Frequent fires are necessary to maintain the open canopy and ground cover vegetation of dusky gopher habitat, both aquatic and terrestrial habitat. Prescribed fire is the only known management tool to maintain suitable habitat for the dusky gopher frog. 66 Fed. Reg. 62999; 76 FR 59775; 77 Fed. Reg. 35351.

18. Unit 1 does not experience such frequent fires, and Weyerhaeuser does not presently use or plan to use prescribed fire as a forest management tool in this area. AR 1829. Nor does the landowner of the leased lands in Unit 1 plan on using prescribed fire. AR 1859-61.

19.     Unit 1 is not currently occupied by the gopher frog, nor was it so occupied at the time of the listing in 2001.  77 Fed. Reg. 35134-35135.

20.     Unit 1 is not suitable for gopher frog habitat as it does not currently contain all of the physical or biological features essential to the conservation of the species, namely the 3 PCEs described in Paragraph 10 above. 77 Fed. Reg. 35135. Unit 1 is not suitable habitat, as it does not contain sufficient habitat attributes "to support all of the life-history functions essential for the conservation of the species." 76 Fed. Reg. 59780. "The uplands associated with the ponds do not currently contain the essential physical or biological features of critical habitat." 77 Fed. Reg. 35135.

21.     FWS asserts its belief that Unit 1 can be "restored" into suitable habitat.  77 Fed. Reg. 35135. However, such a restorative effort will require human intervention, including a change in land use, controlled burns to destroy and then modify the existing vegetation, and the transplanting of species to the site. *Id.* at 35129-35130.

22.     Unit 1 landowners, including Weyerhaeuser, submitted comments to FWS opposing the designation.  Among other things, Weyerhaeuser and the other landowners in Unit 1 stated for the record that they did <u>not</u> intend to manage this land so as to create suitable habitat for the Dusky gopher frog. 77 Fed. Reg. 35123.

23.     Specifically, Weyerhaeuser submitted written comments to FWS dated November 28, 2011 (AR 1825-1839) and March 2, 2012 (AR 2119-2121), and offered testimony at a hearing held in Mississippi on January 31, 2012. (AR 2379-2384)

24.     FWS has acknowledged in the record that it cannot mandate that Unit 1 be managed to make the area suitable for gopher frog habitat. 77 Fed. Reg 35126.

25.     Weyerhaeuser and other landowners' comments were rejected and Unit 1 was designated as critical habitat.

26.     Although critical habitat may only include those areas "essential to the conservation of the species," FWS neither made any finding as to the quantity or location of habitat necessary to conserve the gopher frog, nor identified "the point" at which the protections of the Act are no longer required. 77 Fed. Reg. 35121.

27.     FWS's position that Unit 1–which is unoccupied and unsuitable as habitat for the gopher frog–is essential to the conservation of the species is reliant on assumptions that Unit 1 is restored to habitat suitability by changing land use, translocation of dusky gopher frogs into Unit 1, and their successful acceptance of the restored habitat. 77 Fed. Reg. 35118 *et seq*.

28.     FWS did not subject the critical habitat designation for the Dusky gopher frog to review under the National Environmental Policy Act. 77 Fed. Reg. 35144.

29.     The rule designating critical habitat, 77 Fed. Reg. 35118, *et seq.,* for the dusky gopher frog is the culmination of FWS's decision-making and constitutes final agency action.

30.     Weyerhaeuser provided a 60-day notice of intent to sue on or about December 21, 2012, in satisfaction of the notice requirement of the Endangered Species Act citizen suit provision, 16 U.S.C. § 1540(g)(2).

**III.     Economic Impacts Analysis**

31.     In conjunction with the critical habitat designation, FWS completed an economic impacts analysis as mandated by Section 4 of the Endangered Species Act. 77 Fed. Reg. 35140-35141. In that analysis, FWS relied on methodology known as the "baseline approach" and did not

consider the *quantitative* economic impacts of the critical habitat designation coextensively (or cumulatively) with the listing of the gopher frog as an endangered species. *Id.* at 35140-35142.

32.     That analysis showed that designating Unit 1 as critical habitat could have an adverse impact on the Weyerhaeuser and the other Unit 1 landowners that could reach as high as $33.9 million. 77 Fed. Reg. 35141.

33.     FWS did not conduct any balancing analysis as part of its record of decision that weighed the economic impact on the landowners of Unit 1 against the benefit of including Unit 1 in the critical habitat designation.

34.     Nevertheless, and notwithstanding the fact that Unit 1 remains unsuitable for gopher frog habitat, FWS concluded that the "economic analysis did not identify any disproportionate costs that are likely to result from the designation." *Id.* at 35141.

35.     No current economic activity on Unit 1 affects dusky gopher frogs. FWS acknowledges that it cannot regulate any private activity within Unit 1. 77 Fed. Reg. 35121; 35123.

Respectfully submitted this 9th day of December, 2013

        STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C.

        By:  */s/ Gina M. Palermo*

        Richard C. Stanley, Esq., 8487
        rcs@stanleyreuter.com
        Gina M. Palermo, Esq., 33307
        gmp@stanleyreuter.com
        909 Poydras Street Suite 2500New Orleans, Louisiana 70112
        Telephone:  504-523-1580
        Facsimile:  504-524-0069

        And

        JAMES  R. JOHNSTON, *Pro Hac Vice*
        Jim.Johnston@weyerhaeuser.com
        Assistant General Counsel
        Weyerhaeuser Company
        Federal Way, WA 98063
        Tel: 253-924-4963
        Fax: 253-928-2255

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        */s/ Gina M. Palermo*