# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARKLE INTERESTS, LLC,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES FISH<br>AND WILDLIFE SERVICE, *et al.*,<br><br>        Defendants. | Civil Action Case No. 2:13-cv-00234<br>(Consolidated with 2:13-cv-00362<br>and 2:13-cv-00413)<br><br>Judge:  Martin L. C. Feldman<br>Magistrate Judge:  Sally Shushan |

## PLAINTIFF'S MARKLE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7 and this Court's scheduling order dated September 5, 2013, Plaintiff Markle Interests, LLC, moves for summary judgment on all counts of the complaint challenging the U.S. Fish and Wildlife Service's final rule designating critical habitat for the dusky gopher frog.  This motion is based on the 60-day notice, the complaint, the Memorandum of Points and Authorities, the Statement of Uncontested Material Facts, the Declaration of Robin M. Rockwell, and the pleadings filed by Plaintiffs P&F Lumber Co., et al., and Weyerhaueser Co., in this consolidated case.  For the reasons set forth in these documents, this Court should set aside the rule designating critical habitat and remand it back to the agency to exclude Unit 1 from the designation of critical habitat.

DATED:  December 9, 2013.

        Respectfully submitted,

        M. REED HOPPER, *Pro Hac Vice* (TA)
        mrh@pacificlegal.org
        DANIEL A. HIMEBAUGH *Pro Hac Vice*
        dah@pacificlegal.org
        Pacific Legal Foundation
        930 G Street
        Sacramento, California  95814
        Telephone:  (916) 419-7111
        Facsimile:  (916) 419-7747

        ANDREW J. HARRISON, JR.
        (Louisiana Bar No. 20463)
        ajh@ajharrisonlawllc.com
        MADELINE AHLGREN
        (Louisiana Bar No. 31009)
        mahlgren@ajharrisonlawllc.com
        Harrison Law, LLC
        One American Plaza, Suite 820
        Baton Rouge, Louisiana  70825
        Telephone:  (225) 388-0065
        Facsimile:  (225) 388-0501


        /s/  M. REED HOPPER
            M. REED HOPPER

        Attorneys for Plaintiff, Markle Interests, LLC

## DECLARATION OF SERVICE

I hereby certify that on December 9, 2013, I electronically filed the foregoing PLAINTIFF'S MARKLE'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court through the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                    /s/ M. REED HOPPER
                                    M. REED HOPPER