UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARKLE INTERESTS, LLC, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES FISH <br> AND WILDLIFE SERVICE, *et al.*, <br><br> Defendants. | Civil Action Case No. 2:13-cv-00234 <br> (Consolidated with 2:13-cv-00362 <br> and 2:13-cv-00413) <br><br> Judge: Martin L. C. Feldman <br> Magistrate Judge: Sally Shushan |

### DECLARATION OF ROBIN M. ROCKWELL
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Robin M. Rockwell, declare:

1. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could competently testify to their truthfulness under oath.

2. I am the manager of Markle Interests, LLC (a Louisiana limited liability company).

3. Markle Interests, LLC, owns an undivided interest in forested property identified in a U.S. Fish and Wildlife Service final rule as Unit 1 in St. Tammany Parish, Louisiana, and designated as "critical habitat" for the dusky gopher frog. *See* 77 Fed. Reg. 35188 (June 12, 2012).

4. This designation imposes significant regulatory burdens on the property such that federal approval may be required for any activity that may affect the species, including adverse habitat modification. Failure to obtain federal approval for such activity could subject Markle Interests, LLC, and its officers to civil and criminal liability.

5. The final rule estimates the economic impact to Unit 1 landowners from the designation could be as high as $33.9 million, of which Markle Interests, LLC, would bear a proportionate share. In addition to a drastic reduction in value, the designation also limits the usability and saleability of the property to the detriment of Markle Interests, LLC.

6. Unit 1 was designated as "critical habitat" although the area is not currently suitable for gopher frog habitat and cannot be made so without human intervention.

7. To protect its property interests, Markle Interests, LLC, has challenged the designation of Unit 1 as "critical habitat" and has no intent to manage Unit 1 for gopher frog habitat.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that this declaration was executed the 3rd day of December, 2013, in West Palm Beach, Florida.

*Robin M. Rockwell*
Robin M. Rockwell
Manager, Markle Interests, LLC
701 South Olive Ave, #2101
West Palm Beach Florida 33401-6532
Telephone: (561) 833-7777
Facsimile: (561) 833-8881

## DECLARATION OF SERVICE

I hereby certify that on December 9, 2013, I electronically filed the foregoing DECLARATION OF ROBIN M. ROCKWELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court through the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ M. REED HOPPER
M. REED HOPPER