UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARKLE INTERESTS, LLC )<br>)<br>Plaintiff, )<br>)<br>)<br>UNITED STATES FISH AND WILDLIFE )<br>SERVICE, et al. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>CASE NO. 13-cv-00234<br>c/w 13-362 & 13-413<br><br>JUDGE MARTIN L.C. FELDMAN<br>SECTION "F"<br><br>MAG. SALLY SHUSHAN<br>DIVISION (1) |

**POITEVENT LANDOWNERS' MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, come P&F Lumber Company (2000), L.L.C., St. Tammany Land Co., L.L.C. and PF Monroe Properties, L.L.C. (collectively, the "Poitevent Landowners"), and, pursuant to Local Rule 7 and this Court's scheduling order dated September 5, 2013, move for summary judgment on all counts of the complaint challenging the U.S. Fish and Wildlife Service's final rule designating 1,392 acres of the Poitevent Landowners' land in St. Tammany Parish, Louisiana as critical habitat for the dusky gopher frog, formerly the Mississippi gopher frog. For the reasons set forth in the attached memorandum in support, as well as all those made by Plaintiffs Markle Interests, LLC and Weyerhaueser Company in their respective motions for summary judgment also filed this date, this Court should set aside the rule designating Unit 1 as critical habitat and remand it back to the agency.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


By: <u>     s/Edward B. Poitevent, II          </u>
    EDWARD B. POITEVENT, II (#10564)
    BRIAN M. BALLAY (#29077)
    KATHLYN G. PEREZ (#30668)
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
    Facsimile: (504) 636-4000

**ATTORNEYS FOR P&F LUMBER COMPANY
(2000), L.L.C., ST. TAMMANY LAND CO, L.L.C.
AND PF MONROE PROPERTIES, L.L.C**.

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Edward B. Poitevent, II