**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

**NEW ORLEANS**

| | |
|---|---|
| MARKLE INTERESTS, LLC, | CIVIL ACTION |
| Plaintiff, | CASE NO. 13-234 |
| v. | PERTAINS TO 13-234 |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | SECTION: F |
| | JUDGE: MARTIN L.C. FELDMAN |
| Defendants. | MAG. JUDGE: SALLY SHUSHAN |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to L.R. 7 and this Court's February 13, 2014 Scheduling Order, Federal Defendants hereby cross-move for summary judgment on all counts raised by Plaintiff Markle Interests in its Complaint filed on February 7, 2013, ECF No. 1. This motion is based on the accompanying Memorandum of Points and Authorities and Statement of Material Facts, as well as the Administrative Record lodged with the Court on August 19, 2013. [1]

Markle challenges U.S. Fish and Wildlife Service's ("FWS") final rule designating critical habitat for the dusky gopher frog in St. Tammany Parish, Louisiana, pursuant to the Endangered Species Act. 77 Fed. Reg. 35118 (June 12, 2012) ("Rule"). With only about 100 adult frogs left in the wild, the dusky gopher frog is at high risk of extinction. 75 Fed. Reg. 31387, 31394 (June 3,

---

[1] Federal Defendants include two photographs as examples of the ephemeral ponds in Unit 1, both of which are also found in the Administrative Record. *See* Exhibit 1.

2010). The land at issue here, in its totality, contains the best frog breeding habitat in the species' historical range. The Rule and Administrative Record show that FWS carefully considered all relevant factors and ultimately arrived at a reasoned decision that this area within St. Tammany Parish is essential to the conservation of this critically endangered species. Moreover, Plaintiff has failed to demonstrate standing. For the reasons stated in the accompanying Memorandum, this Court should dismiss Plaintiff's Complaint or, in the alternative, grant summary judgment in favor of the Defendants.

DATED this 21st day of February, 2014.

        Respectfully Submitted,

        ROBERT G. DREHER,
        Acting Assistant Attorney General
        SETH M. BARSKY, Chief
        KRISTEN L. GUSTAFSON,
        Assistant Chief

        /s/ Mary Hollingsworth
        MARY HOLLINGSWORTH
        Trial Attorney
        AZ Bar No. 027080
        LUTHER HAJEK
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station
        P.O. Box 7611
        Washington, DC 20044-7611
        Phone: (202) 305-0324
        Fax: (202) 305-0275
        Email: mary.hollingsworth@usdoj.gov

        OF COUNSEL:

        Michael Stevens
        U.S. Department of the Interior
        Office of the Regional Solicitor
        75 Spring Street, S.W.
        Suite 304

Atlanta, Georgia 30303

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

# NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC,<br><br>    Plaintiff,<br><br>            v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>CASE NO. 13-234<br><br>PERTAINS TO 13-234<br><br>SECTION: F(1)<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAG. JUDGE: SALLY SHUSHAN<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

                                                                  /s/ Mary Hollingsworth
                                                                  MARY HOLLINGSWORTH