# EXHIBIT 1



006737



006763