# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | CIVIL ACTION <br><br> CASE NO. 13-234 <br><br> PERTAINS TO 13-362 <br><br> SECTION: F <br><br> JUDGE: MARTIN L.C. FELDMAN <br><br> MAG. JUDGE: SALLY SHUSHAN |

## FEDERAL DEFENDANTS' MOTION TO STRIKE EXTRA-RECORD EVIDENCE SUBMITTED WITH THE P&F LUMBER PLAINTIFFS' SUMMARY JUDGMENT BRIEF

Pursuant to Federal Rule of Civil Procedure 12(f) and Local Rule 7, Federal Defendants hereby move to strike the following extra-record evidence proffered by Plaintiffs P&F Lumber Company, et al.: (1) Plaintiffs' Exhibit B, ECF No. 80-2 at 46-49 (Declaration of Edward B. Poitevent in Support of Motion for Summary Judgment); (2) Plaintiffs' Exhibit D, ECF No. 80-2 at 52 (newspaper article entitled "Fishing for Wildlife Lawsuits; (3) Plaintiffs' Exhibit E, ECF No. 80-2 at 53-54 ("Vitter: Endangered Species Act's hidden costs"); and (4) Plaintiffs' Exhibit H, ECF No. 80-2 at 41-75 ("Poitevent Letter"). For the reasons set forth in the memorandum accompanying this motion, Federal Defendants respectfully request that these documents and any references to these documents be stricken.

1

DATED this 21st day of February, 2014.

                                                     Respectfully Submitted,

ROBERT G. DREHER,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON,
Assistant Chief

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH
Trial Attorney
AZ Bar No. 027080
LUTHER HAJEK, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0324
Fax: (202) 305-0275
Email: mary.hollingsworth@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

# NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>　　Defendants. | CIVIL ACTION<br><br>CASE NO. 2:13-CV-00234<br><br>PERTAINS TO ALL CASES<br><br>SECTION: F(1)<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAG. JUDGE: SALLY SHUSHAN<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　/s/ Mary Hollingsworth
　　　　　　　　　　　　　　　　　　　　　　MARY HOLLINGSWORTH