UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>      Defendants,<br><br>      and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>      Intervenor-Defendants | CIVIL ACTION<br><br>CASE NO. 13-234<br><br>PERTAINS TO: 13-362<br><br>SECTION: F<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAG. JUDGE: SALLY SHUSHAN |

## ORDER

On February 21, 2014, Federal Defendants moved to strike the following extra-record material that Plaintiffs P&F Lumber Company, et al., submitted in connection with their motion for summary judgment: (1) Exhibit B, ECF 80-2 at 46-49 (Declaration of Edward B. Poitevent in Support of Motion for Summary Judgment); (2) Exhibit D, ECF 80-2 at 52 (newspaper article entitled "Fishing for Wildlife Lawsuits; (3) Exhibit E, ECF 80-2 at 53-54 ("Vitter: Endangered Species Act's hidden costs"); and (4) Exhibit H, ECF 80-2 at 41-75 ("Poitevent Letter").

The Court, having considered Federal Defendants' Motion to Strike Extra-Record Evidence, the opposition papers, and administrative record in this case, **GRANTS** Federal Defendants' motion to strike. It is hereby SO ORDERED that Exhibits B, D, E, and H, as referenced above, are stricken in their entirety. The portions of Plaintiffs' summary judgment memorandum, ECF

No. 80-1, and Statement of Material Facts, ECF No. 80-4, that rely on these materials are also stricken.

New Orleans, Louisiana, this _____ day of February, 2014.

                                                                                                                                          _____

                                                                                                                                          UNITED STATES DISTRICT JUDGE