IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*,<br><br>    Defendants,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, GULF RESTORATION NETWORK,<br><br>    Intervenor-Defendants. | CIVIL ACTION<br><br>CASE NO. 13-cv-00234-MLCF-SS<br>CONSOLIDATED WITH:<br>13-cv-00362 & 13-cv-00413<br><br>PERTAINS TO ALL CASES<br><br>SECTION: F(1)<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAG. JUDGE: SALLY SHUSHAN<br><br>**INTERVENOR-DEFENDANTS'<br>CROSS-MOTION FOR<br>SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rule 56 and this Court's orders dated September 5, 2013 and February 13, 2014 (Docket Nos. 66 & 88), Intervenor-Defendants Center for Biological Diversity and Gulf Restoration Network hereby cross-move for summary judgment on all counts of the complaints challenging the U.S. Fish and Wildlife Service's final rule designating critical habitat for the dusky gopher frog. This motion is based upon the Memorandum of Points and Authorities, the Statement of Uncontested Material Facts,[1] and all the pleadings filed in this case.

---

[1] Because this is a record review case brought under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, the "uncontested" material facts for summary judgment purposes is evidence that is (or should be) contained in the administrative record. *Byrd v. Campbell*, 591 F.2d 326, 328

For the reasons set forth in these documents, the Court should grant Intervenors-Defendants' cross-motion for summary judgment.

Dated: March 10, 2014

/s/ Collette L. Adkins Giese

Collette L. Adkins Giese (Admitted *Pro Hac Vice*)
(MN Bar No. 035059x)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 339
Circle Pines, MN 55014-0339
Telephone: 651-955-3821
Email: cadkinsgiese@biologicaldiversity.org

John Buse (Admitted *Pro Hac Vice*)
(CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: 323-533-4416
Email: jbuse@biologicaldiversity.org

Elizabeth Livingston de Calderón
(LA Bar. No. 31443)
TULANE ENVIRONMENTAL LAW CLINIC
6329 Freret Street
New Orleans, LA 70118
Telephone: 504-862-8819
Email: ecaldero@tulane.edu

*Attorneys for Intervenor-Defendants Center for Biological Diversity and Gulf Restoration Network*

---

(5th Cir. 1979) ("Given that this court's review is limited to the administrative record, which is necessarily not contested, the material issues are not in dispute and summary judgment appears an appropriate vehicle for adjudication of the legal issues plaintiff raises.").

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated: March 10, 2014

/s/ Collette L. Adkins Giese

Collette L. Adkins Giese