IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, GULF RESTORATION NETWORK, <br><br> Intervenor-Defendants. | CIVIL ACTION <br><br> CASE NO. 13-cv-00234-MLCF-SS <br> CONSOLIDATED WITH: <br> 13-cv-00362 & 13-cv-00413 <br><br> PERTAINS TO 13-cv-00362 <br><br> SECTION: F(1) <br><br> JUDGE: MARTIN L.C. FELDMAN <br><br> MAG. JUDGE: SALLY SHUSHAN <br><br> **INTERVENOR-DEFENDANTS' MOTION TO STRIKE EXTRA-RECORD EVIDENCE** |

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and Local Rule 7, Intervenor-Defendants Center for Biological Diversity and Gulf Restoration Network move to strike the following extra-record evidence submitted by Plaintiff P&F Lumber Company:

1) Exhibit B (Docket No. 80-2 at 46-49) – Declaration of Edward B. Poitevent;

2) Exhibit D (Docket No. 80-2 at 52) – newspaper article titled "Fishing for Wildlife Lawsuits";

3) Exhibit E (Docket No. 80-2 at 53-54) – newspaper article titled "Vitter: Endangered Species Act's hidden costs"; and

4) Exhibit H (Docket No. 80-3 at 41-75) – Poitevent 60-day Notice Letter.

For the reasons set forth in the memorandum accompanying this motion, Intervenor-Defendants respectfully request that the Court strike these documents and any references to them.

Dated: March 10, 2014

/s/ Collette L. Adkins Giese
_____

Collette L. Adkins Giese (Admitted *Pro Hac Vice*)
(MN Bar No. 035059x)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 339
Circle Pines, MN 55014-0339
Telephone: 651-955-3821
Email: cadkinsgiese@biologicaldiversity.org

John Buse (Admitted *Pro Hac Vice*)
(CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA  94104
Telephone: 323-533-4416
Email: jbuse@biologicaldiversity.org

Elizabeth Livingston de Calderón
(LA Bar. No. 31443)
TULANE ENVIRONMENTAL LAW CLINIC
6329 Freret Street
New Orleans, LA 70118
Telephone: 504-862-8819
Email: ecaldero@tulane.edu

*Attorneys for Intervenor-Defendants Center for Biological Diversity and Gulf Restoration Network*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated: March 10, 2014

/s/ Collette L. Adkins Giese

Collette L. Adkins Giese