IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, *et al*.,<br><br>   Defendants,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, GULF RESTORATION NETWORK,<br><br>   Intervenor-Defendants. | CIVIL ACTION<br><br>CASE NO. 13-cv-00234-MLCF-SS<br>CONSOLIDATED WITH:<br>13-cv-00362 & 13-cv-00413<br><br>PERTAINS TO 13-cv-00362<br><br>SECTION: F(1)<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAG. JUDGE: SALLY SHUSHAN<br><br>**ORDER STRIKING**<br>**EXTRA-RECORD EVIDENCE** |

   Federal Defendants and Intervenor-Defendants filed motions to strike the following extra-record evidence submitted by Plaintiff P&F Lumber Company:

1) Exhibit B (Docket No. 80-2 at 46-49) – Declaration of Edward B. Poitevent;

2) Exhibit D (Docket No. 80-2 at 52) – newspaper article titled "Fishing for Wildlife Lawsuits";

3) Exhibit E (Docket No. 80-2 at 53-54) – newspaper article titled "Vitter: Endangered Species Act's hidden costs"; and

4) Exhibit H (Docket No. 80-3 at 41-75) – Poitevent 60-day Notice Letter.

2

The Court, having considered the motions, papers and administrative record, **GRANTS** the motions to strike filed by Federal Defendants and Intervenor-Defendants.  It is **SO ORDERED** that Exhibits B, D, E, and H, as referenced above, are striken in their entirety.  The portions of Plaintiff P&F Lumber Company's summary judgment memorandum (Docket No. 80-1) and Statement of Material Facts (Docket No. 80-4) that contain these references are also striken.  Plaintiff is directed to re-file its Memorandum in Support of Summary Judgment and Statement of Facts with the striken references omitted.

Dated:  _____                          _____

                                                U.S. District Judge