MINUTE ENTRY
FELDMAN, J.
AUGUST 20, 2014

JS10: 01:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARKLE INTERESTS, LLC          CIVIL ACTION

VERSUS          NO. 13-0234 c/w 13-0362,
         13-0413

UNITED STATES FISH & WILDLIFE          SECTION "F" (1)
SERVICE ET AL.

**MOTION HEARING ON
PLAINTIFF'S MOTIONS [67], [69] AND [80] FOR SUMMARY JUDGMENT,
DEFENDANT'S MOTIONS [89], [90] AND [91] FOR SUMMARY JUDGMENT,
INTERVENOR DEFENDANT'S MOTIONS [93], [94] FOR SUMMARY JUDGMENT,
DEFENDANT'S MOTION [92] TO STRIKE [80] MOTION FOR SUMMARY AND
INTERVENOR DEFENDANT'S MOTION [96] TO STRIKE [80] MOTION FOR
SUMMARY JUDGMENT**

CASE MANAGER:     Charles A. Armond
COURT REPORTER:     Toni Tusa

APPEARANCES:     M. Reed Hopper, James R. Johnston, Zachary R. Hiatt, Andrew J.
                 Harrison, Jr. and Richard C. Stanley for plaintiffs.
                 Mary E. Hollingsworth and Luther L. Hajek for defendants.
                 Collette A. Giese and Elizabeth L. de Calderon for intervenors.

All present and ready.
Arguments of Counsel.
Matter taken under submission, Written Order to follow.
Court Adjourned 11:15 a.m.