IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 14-31008

_____

D.C. Docket No. 2:13-CV-234
D.C. Docket No. 2:13-CV-362
D.C. Docket No. 2:13-CV-413

United States Court of Appeals
Fifth Circuit
**FILED**
June 30, 2016
Lyle W. Cayce
Clerk

MARKLE INTERESTS, L.L.C.; P&F LUMBER COMPANY 2000, L.L.C.; PF MONROE PROPERTIES, L.L.C.,

      Plaintiffs - Appellants

v.

UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL M. ASHE, Director of United States Fish & Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF INTERIOR; SALLY JEWELL, in her official capacity as Secretary of the Department of Interior,

      Defendants - Appellees

CENTER FOR BIOLOGICAL DIVERSITY; GULF RESTORATION NETWORK,

      Intervenor Defendants - Appellees

_____

Cons/w 14-31021
WEYERHAEUSER COMPANY,

      Plaintiff - Appellant

v.

UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL M. ASHE, Director of United States Fish & Wildlife Service, in his official capacity; SALLY JEWELL, in her official capacity as Secretary of the Department of Interior,

      Defendants - Appellees

CENTER FOR BIOLOGICAL DIVERSITY; GULF RESTORATION NETWORK,

      Intervenor Defendants - Appellees

      Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before REAVLEY, OWEN, and HIGGINSON, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

PRISCILLA R. OWEN, Circuit Judge, dissenting.

**Certified as a true copy and issued as the mandate on Feb 22, 2017**

Attest: *Jyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**