UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC, | CIVIL ACTION |
| Plaintiff, | CASE NO. 13-CV-00234 c/w 13-CV-00362 and 13-CV-00413 |
| v. | PERTAINS TO ALL CASES |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | SECTION: F |
| Defendants. | JUDGE: MARTIN L.C. FELDMAN |

**FEDERAL DEFENDANTS' RESPONSE TO WEYERHAEUSER COMPANY'S PRE-CONFERENCE MEMORANDUM**

Federal Defendants, through undersigned counsel, respectfully submit this response to Plaintiff Weyerhaeuser Company's Pre-Conference Memorandum, ECF 161. On April 2, 2019, the Fifth Circuit issued an order remanding the above-captioned cases to the district court "for further proceedings, including any determination as to the appropriateness of a remand to Fish and Wildlife Service." *Markle Interests, LLC v. U.S. Fish & Wildlife Serv.,* No. 13-cv-234, ECF 144. Without conferring with Federal Defendants, Plaintiff Weyerhaeuser filed a "pre-conference memorandum," which appears to serve as a substantive response to the motion for voluntary remand that Federal Defendants filed in the Fifth Circuit. ECF 161 at 5-8. At the same time, Weyerhaeuser argues in its pre-conference memorandum that Federal Defendants should not be given an opportunity to file a motion for voluntary remand or to fully brief the issue of remand in

1

this Court and, instead, the parties should proceed with summary judgment briefing. *Id.* at 8.

Federal Defendants believe Weyerhaeuser's arguments on the propriety of a voluntary remand are premature because Federal Defendants have not yet filed a motion for voluntary remand in this Court. And Weyerhaeuser has pointed to no authority to support the idea that Federal Defendants should be precluded from seeking a particular type of relief from the Court. In fact, the authority supports the opposite proposition – that it is entirely legitimate for agencies to ask for voluntary remand. *See Macktal v. Chao*, 286 F.3d 822, 825-26 (5th Cir. 2002) (noting that, "in the absence of a specific statutory limitation, an administrative agency has the inherent authority to reconsider its decisions"). Moreover, the Fifth Circuit acknowledged that this Court should consider the appropriateness of a remand. Accordingly, Federal Defendants respectfully request an opportunity to file a motion in this Court and to provide a reply once all parties have responded to our motion.

Even if the Court is inclined to consider the motion for voluntary remand filed in the Fifth Circuit as filed in this Court and Weyerhaeuser's Pre-Conference Memorandum as a response thereto, at a minimum, Federal Defendants should be permitted to file a reply brief addressing Weyerhaeuser's response. Federal Defendants could file such a brief on or before April 24, 2019.

DATED this 15th day of April, 2019.

        Respectfully Submitted,

        JEAN E. WILLIAMS, Deputy Assistant Attorney General
        SETH M. BARSKY, Section Chief
        MEREDITH L. FLAX, Assistant Section Chief

        /s/ Mary Hollingsworth
        MARY HOLLINGSWORTH, Senior Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        999 18th Street
        South Terrace, Suite 370
        Denver, CO 80202
        Telephone: 303-844-1898

Email: mary.hollingsworth@usdoj.gov

OF COUNSEL:

Michael Stevens
U.S. Department of the Interior
Office of the Regional Solicitor
75 Spring Street, S.W.
Suite 304
Atlanta, Georgia 30303

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

# NEW ORLEANS

| | |
|---|---|
| MARKLE INTERESTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | CIVIL ACTION <br><br> CASE NO. 13-CV-00234 <br><br> PERTAINS TO ALL CASES <br><br> SECTION: F <br><br> JUDGE: MARTIN L.C. FELDMAN |

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

                                         /s/ Mary Hollingsworth
                                         MARY HOLLINGSWORTH