```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


MARKLE INTERESTS, LLC                            CIVIL ACTION


v.                                               NO. 13-234
                                                 c/w 13-362 and
                                                     13-413
                                        (Pertains to all cases)


UNITED STATES                                    SECTION "F"
FISH AND WILDLIFE SERVICE, ET AL.
```

A status conference was held on April 16, 2019.


Present:

Andrew Harrison, Esquire
Mark Miller, Esquire
Edward Poitevent, Esquire
Rick Stanley, Esquire
Jim Johnston, Esquire
Brett Legner, Esquire
Mary Hollingsworth, Esquire
Collette Adkins Giese, Esquire


JS10: 30 min.