UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARKLE INTERESTS, LLC<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, ET AL.<br><br>　　　Defendants. | Civil Action No. 13-cv-234<br>　c/w 13-cv-362 and 13-cv-413<br><br>Pertains to ALL CASES<br><br>Section F<br>Judge Martin L.C. Feldman |

**ORDER**

Considering the foregoing Second Joint Motion for Continuance:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court's briefing schedule (Rec. Doc. 166), which had been continued until May 30, 2019 (Rec. Doc. 170), is hereby continued for an additional thirty days such that any motion to remand or for summary judgment must be filed not later than July 1, 2019.

NEW ORLEANS, LOUISIANA, this   21st   day of            May           , 2019.

_____
JUDGE